UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSH FOLEY                                                                            PLAINTIFF
ADC #177695

V.                              No. 3:21-CV-00189-DPM-JTR

TERRY MILLER, Sheriff, Clay County                                   DEFENDANT

# **ORDER**

Plaintiff Josh Foley ("Foley"), an inmate in the Clay County Detention Center, initiated this *pro se* § 1983 action by filing a Complaint alleging Defendant Terry Miller ("Miller"), the Clay County Sheriff, violated his constitutional rights. *Doc. 2*. Foley has also filed a Motion for Status. *Doc. 6*. The Motion for Status (*Doc. 6*) is granted.

Before Foley may proceed with this action, the Court must first screen his claims.[1] Upon screening, the Court concludes that Foley has stated a viable

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

inadequate medical care claim against Miller. Accordingly, Foley may PROCEED with this claim.

IT IS THEREFORE ORDERED THAT:

1. Foley's Motion for Status (*Doc. 6*) is GRANTED.

2. The Clerk is directed to prepare a summons for Miller. The United States Marshal is directed to serve the summons, Complaint (*Doc. 2*), and this Order, on Miller at the Clay County Sheriff's Office, 268 South Second Avenue, Piggott, Arkansas 72454.

IT IS SO ORDERED this 1st day of March, 2022.

*J. Thomas Ray*
_____
UNITED STATES MAGISTRATE JUDGE