UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSH FOLEY                                                                               PLAINTIFF
ADC #177695

V.                              No. 3:21-CV-00189-JTR

TERRY MILLER, Sheriff, Clay County                                       DEFENDANT

## ORDER

Plaintiff Josh Foley ("Foley") has two pending motions.

**1. Motion for Ruling**

Foley filed a Motion (*Doc. 25*) asking the Court to rule on Defendant's Motion for Summary Judgment on the Issue of Exhaustion (*Doc. 16*). Foley's Motion (*Doc. 25*) is DENIED, at this time. The Court will issue a ruling on Defendant's Motion for Summary Judgment, in due course.

**2. Motion for Status**

Foley's Motion for Status (*Doc. 27*) is GRANTED, to the extent that the Clerk is directed to send Foley a copy of the docket sheet. Otherwise, Foley's Motion (*Doc. 27*) is DENIED.

IT IS SO ORDERED this 9th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE