UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSH FOLEY                                                                          PLAINTIFF
ADC #177695

V.                                              No. 3:21-CV-189-JTR

TERRY MILLER,
Clay County Sheriff                                                                 DEFENDANT

## JUDGMENT[1]

Consistent with the Memorandum Opinion and Order entered on this date, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 17th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] By written consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. *See Doc. 19.*